**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Vivian Morein, et al.

                    Plaintiff,

v.

                                       Case No.: 1:26–cv–07957
                                       Honorable LaShonda A. Hunt

Gallagher Bassett Services, Inc.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: This case has been referred to Judge McLaughlin for ruling on Third Party Subpoena Recipient Gallagher Bassett Services, Inc.'s Motion to Quash Subpoena [1]. Plaintiffs Vivian Morein and Michael Morein's response to the motion is due 7/31/26 and Gallagher's reply is due 8/7/26. Counsel for Gallagher is directed to expeditiously serve a copy of this order on Plaintiffs' counsel and all counsel of record in the underlying action pending in the Western District of Louisiana. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.