## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Vivian Morein, et al.

                                    Plaintiff,

v.                                                    Case No.: 1:26–cv–07957
                                                      Honorable LaShonda A. Hunt

Gallagher Bassett Services, Inc.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3, 2026:

   MINUTE entry before the Honorable Daniel P. McLaughlin: Plaintiffs did not file a response to Third Party Subpoena Recipient Gallagher Bassett Services, Inc.'s Motion to Quash Subpoena [1] by 7/31/26 as ordered [10]. Plaintiffs have advised the Court that they have filed a motion to withdraw the subject subpoena in the Western District of Louisiana. Gallagher has further advised that certain objections may be filed in Louisiana and/or in this Court. Gallagher –– as the party that has appeared in this matter –– is directed to file a status report by 12:00 p.m. on 8/6/26. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.